**DALE A. BLICKENSTAFF - #40681**
Attorney At Law
7081 N. Marks Avenue, # 104
Fresno, California 93711
(559) 389-0239 Telephone
(559) 436-0207 Facsimile
Email: dabnabit74@gmail.com

Attorney for Defendant,
JIMMY EURESTI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JIMMY EURESTI,<br><br>        Defendants. | Case No.: 1:18-CR-00239 DAD/BAM<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING**<br><br>DATE:     January 9, 2019<br>TIME:     10:00 a.m.<br>JUDGE   Honorable Dale A. Drozd |

     It is hereby stipulated by and between McGregor Scott, United States Attorney and Laurel Montoya, Assistant U.S. Attorney and Dale A. Blickenstaff, Attorney for the Defendant, that the hearing date set for December 5, 2018, at 10:00 a.m. before the Honorable Dale A. Drozd be continued to January 9, 2019, at 10:00 a.m.

     A continuance of the hearing is necessary because Mr. Euresti needs additional time to consider his guilty plea and to calculate, more accurately, his sentencing exposure and options.

     The parties stipulate that the time until the next hearing should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the court excluding such time, so that counsel for the Defendant may have reasonable time for effective preparation, taking into account the exercise of diligence. 18 U.S.C. 3161(h)(7)(B)(iv). The parties stipulate and agree that the interests of justice served by granting

this continuance outweigh the best interests of the public and the Defendant in a speedy trial.  18 U.S.C. 3161(h)(7)(A).

Dated:  November 30, 2018         Respectfully submitted,


McGREGOR W. SCOTT
United States Attorney


By    /s/ Laurel Montoya
LAUREL MONTOYA, AUSA


By    /s/ Dale A. Blickenstaff
DALE A BLICKENSTAFF, Attorney for Defendant,
   JIMMY EURESTI


## **ORDER**

The Court has reviewed and considered the stipulation of the parties to continue hearing in this case.  Good Cause appearing, the hearing is as to Jimmy Euresti currently set for December 5, 2018, is continued to January 9, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **November 30, 2018**   *Dale A. Drozd*
UNITED STATES DISTRICT JUDGE