**DALE A. BLICKENSTAFF - #40681**
Attorney At Law
7081 N. Marks Avenue, # 104
Fresno, California 93711
(559) 389-0239 Telephone
(559) 436-0207 Facsimile
Email: dabnabit74@gmail.com

Attorney for Defendant,
JIMMY EURESTI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JIMMY EURESTI,<br><br>Defendants. | Case No.: 1:18-CR-00239 DAD/BAM<br><br>**APPLICATION FOR ONE DAY RELEASE FOR INTERVIEW WITH DELANCEY STREET AND ORDER** |

TO DISTRICT COURT JUDGE DALE DROZD, ASSISTANT UNITED STATES ATTORNEY LAUREL MONTOYA, AND THE UNITED STATES PRETRIAL SERVICES OFFICE:

The Defendant, Jimmy Euresti, by and through his attorney, Dale A. Blickenstaff, hereby moves this court to allow the Defendant to be released from the Fresno County Jail for approximately 15 hours on January 29, 2019, to be transported by automobile to Los Angeles, California, to be interviewed by authorities at Delancey Street, a residential self-help organization for substance abusers.

Ms. Kathy Grinstead of Early Intervention Services and a local representative of Delancey Street has interviewed Defendant and has recommended that he be admitted to the Delancey program.

The Defendant would be transported to the interview by Ms. Teri Rothchild who is retired from the Fresno County Probation Department where she worked as a probation officer. She has transported many inmates from the Fresno County Jail to Delancey Street during the years she has worked for Early Intervention Services and Ms. Grinstead. She possesses a valid California Driver's License and is appropriately insured.

The Defendant would be removed from the Fresno County Jail no earlier than 5:00 a.m. on January 29, 2019, and returned to the Fresno County Jail no later than 8:00 p.m. on the same day.

Dated: January 15, 2019              Respectfully submitted,

                                     By    /s/ Dale A. Blickenstaff
                                     DALE A BLICKENSTAFF, Attorney for Defendant,
                                     JIMMY EURESTI

### ORDER

The Defendant is ordered release from the Fresno County Jail on January 29, 2019, no earlier than 5:00 a.m. and will be transported by Ms. Teri Rothchild to Delancey Street in Los Angeles, California for an interview. Ms. Rothchild is to have visual contact with the Defendant at all times during this period of release. The Defendant is to be returned to the Fresno County Jail no later than 8:00 p.m. on the same day.

IT IS SO ORDERED.

Dated:  **January 15, 2019**                    _/s/ Dale A. Drozd_
                                                UNITED STATES DISTRICT JUDGE