**DALE A. BLICKENSTAFF - #40681**
Attorney At Law
7081 N. Marks Avenue, # 104
Fresno, California 93711
(559) 389-0239 Telephone
(559) 436-0207 Facsimile
Email: dabnabit74@gmail.com

Attorney for Defendant,
JIMMY EURESTI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:18-CR-00239 DAD/BAM |
| Plaintiff, | **ORDER GRANTING REQUEST TO SEAL A DOCUMENT** |
| vs. | |
| JIMMY EURESTI, | |
| Defendants. | |

The Court having considered Dale A. Blickenstaff's, attorney for Defendant, Jimmy Euresti, Request to Seal a Document and the Assessment Report of Kathy Grinstead, M.A., the Court finds compelling reasons for the filing of the document under seal, therefore, the request of Dale A. Blickenstaff, attorney for Jimmy Euresti, is granted.

It is hereby ordered that the Assessment Report, shall be filed Under Seal at this time absent the further order of this court.

IT IS SO ORDERED.

Dated: __**March 8, 2019**__    _____
UNITED STATES DISTRICT JUDGE