**DALE A. BLICKENSTAFF - #40681**
Attorney At Law
7081 N. Marks Avenue, # 104
Fresno, California 93711
(559) 389-0239 Telephone
(559) 436-0207 Facsimile
Email: dabnabit74@gmail.com

Attorney for Defendant,
JIMMY EURESTI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JIMMY EURESTI,<br><br>    Defendants. | Case No.: 1:18-CR-00239 DAD/BAM<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING**<br><br>**DATE:** April 13, 2020 Proposed<br>**TIME:** 10:00 a.m.<br>**JUDGE** Honorable Dale A. Drozd |

    It is hereby stipulated by and between McGregor Scott, United States Attorney and Laurel Montoya, Assistant U.S. Attorney and Dale A. Blickenstaff, Attorney for the Defendant, that the hearing date set for October 7, 2019, at 10:00 a.m. before the Honorable Dale A. Drozd be continued to April 13, 2020, at 10:00 a.m.

    Mr. Euresti currently is participating in the residential program at Delancey Street in Los Angeles, California. Pretrial Services has received a report from Delancey on October 1, 2019, saying Mr. Euresti is still in the program and performing well. The matter should be reviewed in about six (6) months.

///

///

///

1

Dated:  October 3, 2019                     Respectfully submitted,

                                              McGREGOR W. SCOTT
                                              United States Attorney


                                              By     /s/ Laurel Montoya
                                              LAUREL MONTOYA, AUSA


                                              By     /s/ Dale A. Blickenstaff
                                              DALE A BLICKENSTAFF, Attorney for Defendant,
                                                 JIMMY EURESTI


## **ORDER**

The Court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case.  Good Cause appearing, the hearing as to Jimmy Euresti, currently set for October 7, 2019, is continued to April 13, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  **October 3, 2019**     /s/ Dale A. Drozd
                                                  UNITED STATES DISTRICT JUDGE