**DALE A. BLICKENSTAFF - #40681**
Attorney At Law
7081 N. Marks Avenue, # 104
Fresno, California 93711
(559) 389-0239 Telephone
(559) 436-0207 Facsimile
Email: dabnabit74@gmail.com

Attorney for Defendant,
JIMMY EURESTI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:18-CR-00239 DAD/BAM |
| Plaintiff, ) | |
| vs. ) | DATE: November 30, 2020 |
| ) | TIME: 10:00 a.m. |
| JIMMY EURESTI, ) | JUDGE Honorable Dale A. Drozd |
| Defendants. ) | |

It is hereby stipulated by and between McGregor Scott, United States Attorney and Laurel Montoya, Assistant U.S. Attorney and Dale A. Blickenstaff, Attorney for the Defendant, that the hearing date set for June 1, 2020, at 10:00 a.m. before the Honorable Dale A. Drozd be continued to November 30, 2020, at 10:00 a.m.

Mr. Euresti currently is participating in the residential program at Delancey Street in Los Angeles, California.  Pretrial Services has received a report from Delancey Streed, saying Mr. Euresti is still in the program and living up to his commitment there.  The matter should be reviewed in about six (6) months.

///

///

///

1

Dated:  May 27, 2020              Respectfully submitted,

                                                       McGREGOR W. SCOTT
                                                     United States Attorney

                                                   By     /s/ Laurel Montoya
                                                   LAUREL MONTOYA, AUSA

                                                 By     /s/ Dale A. Blickenstaff
                                                 DALE A BLICKENSTAFF, Attorney for Defendant,
                                                      JIMMY EURESTI

## **ORDER**

The Court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case.  Good Cause appearing, the hearing as to Jimmy Euresti, currently set for June 1, 2020, is continued to November 30, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  **May 27, 2020**                /s/ Dale A. Drozd
                                                   UNITED STATES DISTRICT JUDGE