**DALE A. BLICKENSTAFF - #40681**
Attorney At Law
7081 N. Marks Avenue, # 104
Fresno, California 93711
(559) 389-0239 Telephone
(559) 436-0207 Facsimile
Email: dabnabit74@gmail.com

Attorney for Defendant,
JIMMY EURESTI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>JIMMY EURESTI,<br><br>           Defendants. | Case No.: 1:18-CR-00239 DAD/BAM<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING**<br><br>DATE:     April 19, 2021<br>TIME:     10:00 a.m.<br>JUDGE    Honorable Dale A. Drozd |

It is hereby stipulated by and between McGregor Scott, United States Attorney and Laurel Montoya, Assistant U.S. Attorney and Dale A. Blickenstaff, Attorney for the Defendant, that the hearing date set for November 30, 2020, at 10:00 a.m. before the Honorable Dale A. Drozd be continued to April 19, 2021, at 10:00 a.m.

Mr. Euresti currently is participating in the residential program at Delancey Street in Los Angeles, California.  Pretrial Services has received a report from Delancey Street, saying Mr. Euresti is still in the program and living up to his commitment there.  Mr. Euresti was released from custody on or about April 8, 2019, to attend and complete the program at Delancey Street.  The approximate two year anniversary date of his attendance in that program is April 8, 2021.  This matter should be reviewed on April 19, 2021, at 10:00 a.m.

///

Dated:  November 5, 2020		Respectfully submitted,


					McGREGOR W. SCOTT
					United States Attorney


					By     */s/ Laurel Montoya*
					LAUREL MONTOYA, AUSA


					By     */s/ Dale A. Blickenstaff*
					DALE A BLICKENSTAFF
					Attorney for Defendant, JIMMY EURESTI


## ORDER

The Court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case.  Good Cause appearing, the hearing as to Jimmy Euresti, currently set for November 30, 2020, is continued to April 19, 2021, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **November 5, 2020**    Dale A. Drozd
					UNITED STATES DISTRICT JUDGE