Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA  93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, JIMMY EURESTI

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JIMMY EURESTI,<br><br>Defendant. | Case No.: 1:18 CR 239 JLT/SKO<br><br>ORDER:<br><br>ALLOWING *EX PARTE* AND SEALED FILING OF AN EXHIBIT AND THE REQUEST TO SEAL THAT EXHIBIT; |

Having read and considered the request to file an exhibit in support of the defendant's discovery motion *ex parte* and under seal;

The Court hereby ORDERS that the submitted exhibit and its corresponding request regarding filing, are accepted as an *ex parte* filing, will be filed under seal in this case, and will be considered by the Court *in camera.*

IT IS SO ORDERED.

Dated:   **April 17, 2024**

_____
UNITED STATES DISTRICT JUDGE